### 25967. HERRINGTON v. THE STATE.

MACINTYRE, J. 1. Testimony that the defendant "picked up a half-gallon boiler of *liquor* and started pouring it out," and that some of the liquid fell on the floor and burned when ignited, and that it smelled like *liquor*, together with other evidence, supported the conviction of the defendant under an accusation charging him with possessing *whisky*. In this connection see *Carswell* v. *State*, 7 *Ga. App.* 198 (66 S. E. 488); *Smith* v. *State*, 17 *Ga. App.* 118 (86 S. E. 283); *Brooks* v. *State*, 19 *Ga. App.* 3, 8 (90 S. E. 989); *Sammons* v. *State*, 53 *Ga. App.* 369 (185 S. E. 923).

2. The court did not err in allowing a witness to testify that the defendant "picked up a half-gallon boiler of *liquor*," over the objection that such testimony "was a conclusion of the witness." See authorities cited above.

3. The court did not commit reversible error in allowing a witness to testify that the defendant was saturated with *shine*, over the objection that it is not a violation of law to possess *shine*, and courts do not take

judicial cognizance that *shine* is intoxicating: the witness having also testified that the liquid was "shine liquor," and the previous witness having testified several times that it was "liquor."

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED JANUARY 12, 1937. REHEARING DENIED FEBRUARY 12, 1937.

*R. L. LeSueur,* for plaintiff in error.
*George R. Ellis,* solicitor, contra.